**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Tri-Valley Corporation, *et al.*,[1] | Case No. 12-12291 (MFW) |
| Debtors. | |
| CHARLES A. STANZIALE, JR., in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, *et al.*, | |
| Plaintiff. | |
| v. | Adv. Pro. No. 14-50449 (MFW) |
| Excalibur Well Services Corp., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Charles A. Stanziale, Jr., (the "Plaintiff"), in his capacity as the Chapter 7 Trustee of Tri-Valley Corporation, *et al.*, voluntarily dismisses this adversary proceeding against the defendant with prejudice and without costs.

Dated: October 23, 2014
Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE #2936)
405 N. King Street, 8th Floor
Wilmington, DE  19801
Telephone:  (302) 984-6300
wtaylor@mccarter.com

-and-

Charles A. Stanziale, Jr., Esq.
Jeffrey T. Testa, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
cstanziale@mccarter.com
jtesta@mccarter.com
*Counsel to Charles A. Stanziale, Jr., the Chapter 7 Trustee*

---

[1] The Debtors in these cases are: Tri-Valley Corporation, Tri-Valley Oil & Gas, Co., and Select Resources Corporation, Inc.

ME1 19041283v.1